William G. Fig, WSBA 33943
wfig@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

Attorneys for Green Tree Servicing LLC

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | | |
|---|---|---|
| MICHAEL THOMAS, | ) | Case No. |
| Plaintiff, | ) | NOTICE OF REMOVAL OF GREEN |
| vs. | ) | TREE SERVICING LLC |
| | ) | |
| FLAGSTAR BANK, NA and GREEN TREE | ) | (Removed from King County Superior |
| SERVICING, LLC | ) | Court Case No. _____) |
| | ) | |
| Defendants. | ) | |

TO THE COURT AND ALL PARTIES HERETO:

PLEASE TAKE NOTICE that defendant Green Tree Servicing LLC (the "Removing Defendant" or "Green Tree") hereby removes to this Court the Superior Court action described below, pursuant to 28 U.S.C. § 1441.  This Court has jurisdiction pursuant to 28 U.S.C. §§ 1332 (diversity) and 1441(c) (supplemental jurisdiction).

1.    Plaintiff purports to be citizen of Washington and the owner of a parcel of land in King County, Washington (Complaint ¶ 2).  Green Tree received its first notice of this action when it was served process on July 27, 2015.  A true and correct copy of the transmittal regarding the Removing Defendant's receipt of the Complaint is attached as Exhibit 1.

NOTICE OF REMOVAL OF GREEN TREE SERVICING
LLC - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1      2.     It is unknown whether co-defendant Flagstar Bank, NA ("Flagstar") has

2    been served with process.

3      3.     Pursuant to Local Rule 101(b), the operative complaint is attached as

4    Exhibit 2.

5      4.     Plaintiff served the complaint and Summons on Removing Defendant on

6    July 27, 2015.  Removing Defendant's counsel hereby certifies that a true copy of the

7    Summons is attached as Exhibit 3.  To date, Plaintiff has not filed any documents in the

8    Superior Court.  Therefore, there are no Superior Court documents to file pursuant to

9    Local Rule 101.

10     5.     Removing Defendant served a Notice of Appearance on Plaintiff on

11    August 7, 2015.  A true and correct copy of the Notice of Appearance is attached hereto

12    as Exhibit 4.

13     6.     This Notice of Removal complies with 28 USC § 1446(b)(1) because it is

14    being filed within 30 days of Removing Defendant having received notice of this action

15    on July 27, 2015.

16     7.     **INTRADISTRICT ASSIGNMENT**.  Pursuant to 28 U.S.C. § 1441(a) and

17    LCR 3(d)(1), this Court is the appropriate venue because this action is being removed

18    from the Superior Court of King County.

19     8.     Pursuant to 28 U.S.C. § 1446(d), Removing Defendant is

20    contemporaneously filing with the clerk of the Superior Court for the County of King a

21    Notice of Filing of Notice of Removal with an attached true and correct copy of this

22    Notice of Removal, and is serving these same papers upon Plaintiff's counsel.  A true

23    and correct copy of the Notice of Filing of Notice of Removal, without attachments, is

24    attached as Exhibit 5.

25    / / /

26    / / /

NOTICE OF REMOVAL OF GREEN TREE SERVICING
LLC - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1    **I.      This Court Has Jurisdiction Over This Matter**

2         A.      This Court has jurisdiction pursuant to 28 U.S.C. § 1332.   There is

3    complete diversity between the parties.  Plaintiff is a citizen of Washington.  Green Tree

4    is a Delaware Limited Liability Company with its principal place of business in St. Paul,

5    Minnesota.  Flagstar is a national bank headquartered in Troy, Michigan.

6         B.      Under LCR 101(a), a reasonable reading of Plaintiff's Complaint is that

7    Plaintiff is seeking damages in an amount greater than the $75,000 minimum

8    jurisdictional amount of the court.  Plaintiff's Complaint seeks injunctive and declaratory

9    relief as well as an unspecified amount of damages.  The reasons Green Tree has a

10   good faith belief that plaintiff is seeking damages in excess of the jurisdictional amount

11   of the court are:

12        (1)     Plaintiff filed suit to stop the foreclosure of the deed of trust securing the

13   loan on Plaintiff's property (Complaint ¶ 1);

14        (2)     Plaintiff claims to have suffered "significant damages" as a result of Green

15   Tree's actions "including but not limited to emotional damages connected to the fear of

16   losing his home, money damages in terms of the cost to file this lawsuit and default fees

17   and charges in connection with an ongoing foreclosure."  (Complaint ¶¶ 22, 33).

18        (3)     Plaintiff alleges that he is entitled to "actual damages; treble damages

19   pursuant to RCW 19.86.090; [and] costs of suit, including a reasonable attorney's fee . .

20   ."  (Complaint ¶ 27).

21        (4)     Plaintiff seeks exemplary damages from Green Tree, claiming that "Green

22   Tree acted in bad faith in deliberate or reckless disregard" of plaintiff's rights.

23   (Complaint ¶ 28).

24        Therefore, it is reasonable to conclude that Plaintiff's claims against Green Tree

25   exceed $75,000.

26   / / /

NOTICE OF REMOVAL OF GREEN TREE SERVICING
LLC - Page 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1          D.      Further, the loan secured by Plaintiff's property has a principal balance of

2     $381,082.70, and according to information available on the website of the King County

3     Assessor's Office, the property at issue has a tax-assessed value in 2015 of $508,000.

4     *See* Exhibits 6 (loan balance) and 7 (tax assessment).  The amount at issue and/or the

5     potential loss to Removing Defendant if the Court grants the requested relief therefore

6     exceeds $75,000.  *See In re Ford Motor Co./Citibank (So. Dakota), N.A.*, 264 F.3d 952,

7     958 (9th Cir. 2001) (amount in controversy may be measured by potential loss to

8     defendant); *Olander v. ReconTrust Corp.*, No. C11-177 MJP, 2011 U.S. Dist. LEXIS

9     22397, *6-8 (W.D. Wash. Mar. 7, 2011) (denying remand of wrongful foreclosure and

10    fraud action removed from Snohomish County Superior Court and noting: "where a

11    plaintiff seeks to invalidate a loan secured by a deed of trust, the amount-in-controversy

12    is the loan amount").

13         E.      Co-Defendant Flagstar has not appeared in the case and it is unknown

14    whether Flagstar has been served with process.  Accordingly, Flagstar's consent is not

15    required to remove the case at this time.  *See Destfino v. Reiswig,* 630 F.3d 952, 956

16    (9th Cir. 2011) ("All defendants who have been 'properly . . . served in the action' must

17    join a petition for removal" (quoting *Emrich v. Touche Ross Co.*,846 F.2d 1190, 1193

18    n. 1 (9th Cir. 1988)).

19

20         DATED this 17th day of August, 2015.

21                   SUSSMAN SHANK, LLP

22                   By     */s/ William G. Fig*

23                         William G. Fig, WSBA 33943
                               Attorneys for Green Tree Servicing LLC

24

25

26

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1              <u>CERTIFICATE OF SERVICE</u>

2         THE UNDERSIGNED certifies:

3         1.      My name is Kori L. Morehead.  I am a citizen of Washington County, state

4    of Oregon, over the age of eighteen (18) years, and not a party to this action.

5         2.      On August 17, 2015, I caused to be delivered **via email and first-class**

6    **U.S. Mail, postage prepaid,** a copy of: **NOTICE OF REMOVAL OF GREEN TREE**

7    **SERVICING LLC** to the interested parties of record, addressed as follows:

8         Kathleen Box
          Leen & O'Sullivan PLLC
9         520 East Denny Way
          Seattle, WA  98122
10        Email:  katy@leenandosullivan.com
                  Attorneys for Plaintiff
11

         I SWEAR UNDER PENALTY OF PERJURY that the foregoing is true and correct

12   to the best of my knowledge, information, and belief.

13

14                          */s/ Kori L. Morehead*
                            Kori L. Morehead, Legal Assistant
15

16   *22428-086\NOTICE OF REMOVAL (02162887);1

17

18

19

20

21

22

23

24

25

26

NOTICE OF REMOVAL OF GREEN TREE SERVICING
LLC - Page 5

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130