
### CT Corporation

**Service of Process Transmittal**
07/27/2015
CT Log Number 527542145

**TO:** Gabby Medenwaldt, 293-3621
Green Tree Servicing LLC
345 Saint Peter St Ste 1400, 1400 Landmark Towers
Saint Paul, MN 55102-4404

**RE:** **Process Served in Washington**

**FOR:** Green Tree Servicing LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Michael Thomas, Pltf. vs. Flagstar Bank and Greek Tree Loan Servicing, LLC, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | King County Superior Court, WA<br>Case # NONE |
| **NATURE OF ACTION:** | Violations of the Consumer Protectoin Act, The Collection Agency Act, The Telephone Consumer Protection Act and the Fair Debt Collection Practices Act, Inter Alia - Seeking Injunctive Relief |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Olympia, WA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/27/2015 at 14:31 |
| **JURISDICTION SERVED :** | Washington |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after the service of this summons |
| **ATTORNEY(S) / SENDER(S):** | Kathleen Box<br>Leen & O'Sullivan, PLLC<br>520 East Denny Way Seatle<br>Washington, WA 98122<br>206-325-6022 |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/28/2015, Expected Purge Date: 08/02/2015<br><br>Image SOP<br><br>Email Notification,  Gabby Medenwaldt  Gabby.medenwaldt@greentreecreditsolutions.com |
| **SIGNED:** | CT Corporation System |
| **ADDRESS:** | 505 Union Avenue SE<br>Suite 120<br>Olympia, WA 98501 |
| **TELEPHONE:** | 360-357-6794 |

Page 1 of  1 / RK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Exhibit 1

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| MICHAEL THOMAS<br><br>Plaintiffs,<br><br>vs.<br><br>FLAGSTAR BANK and GREEN TREE LOAN SERVICING LLC.<br><br>Defendants. | NO.<br><br>COMPLAINT FOR VIOLATION OF THE WASHINGTON STATE CONSUMER PROTECTION ACT, BREACH OF CONTRACT, AND NEGLIGENT MISREPRESENTATION |

Comes now the Plaintiff MICHAEL THOMAS by and through his attorney, Kathleen Box, and files the within Complaint for violations of the Washington State Consumer Protection Act, Breach of Contract and Negligent Misrepresentation.

## I. PRELIMINARY STATEMENT

1. This is an action by MICHAEL THOMAS, ("Plaintiff") to determine that the foreclosure sale of the property located at 27546 254th Way SE, Maple Valley, WA 98038 is wrongful and should not proceed.

2. Plaintiff is the owner of the residence located at 27546 254th Way SE, Maple Valley, WA 98038 ("Residence").

COMPLAINT - 1

Leen & O'Sullivan, PLLC
520 EAST DENNY WAY SEATTLE,
WASHINGTON  98122
(206) 325-6022
FAX (206) 325-1424

Exhibit 2

3. Defendant Flagstar Bank ("Flagstar") was the prior servicer of the mortgage loan secured by the Residence.

4. Green Tree Servicing LLC is the current servicer of the mortgage loan secured by the Residence.

5. Plaintiff Michael Thomas fell behind on his mortgage while Flagstar was the servicer of his mortgage.

6. Thomas had been consistently paying taxes and insurance on the Property separately from his mortgage from the time he took out the mortgage in June 2008 until approximately 2010.

7. In 2010 although Thomas was current on his homeowner's insurance payments and property taxes Flagstar purchased homeowner's insurance on the Property and prepaid the county property taxes.

8. Flagstar determined Thomas' loan was in default based on the forced place insurance and property taxes paid by Flagstar.

9. Thomas consistently made full mortgage payments on his mortgage until he was approved for a trial period loan modification.

10. Plaintiff applied for and was offered two trial period plans by Flagstar Bank.

11. Plaintiff made all three payments on his first trial period plan with Flagstar.

12. Instead of converting Thomas' loan to a permanent modification after he completed the first trial period plan, Flagstar offered Thomas

COMPLAINT - 2



Leen & O'Sullivan, PLLC
520 EAST DENNY WAY SEATTLE,
WASHINGTON 98122
(206) 325-6022
FAX (206) 325-1424

Exhibit 2

Case 2:15-cv-01309-RSL   Document 1-1   Filed 08/17/15   Page 4 of 18

13. Plaintiff was promised by Flagstar each time that he received a trial period plan that if he successfully completed the trial period plan his loan would be permanently modified.

14. Plaintiff successfully completed all three trial period plans, Plaintiff was informed through his attorney that after the completion of his third trial period plan with Flagstar that his loan would be converted to a permanent modification.

15. After Flagstar informed him that his loan would be permanently modified, Flagstar transferred the servicing rights of Plaintiff's loan to Green Tree Loan.

16. The Plaintiff requested a mediation under the Foreclosure Fairness Act 61.24 et al through his attorney which resulted in another trial period plan offer from Green Tree on August 6, 2014.

17. Green Tree represented to Plaintiff that if he successfully completed the trial period plan his loan would be permanently modified.

18. Plaintiff made all three trial period plan payments in a timely manner.

19. After successfully completing another trial period plan, Green Tree refused to modify Plaintiff's mortgage loan.

## II. CAUSES OF ACTION AGAINST GREEN TREE AND FLAGSTAR

### A. FIRST CLAIM: BREACH OF CONTRACT

20. Flagstar and Green Tree offered Plaintiff trial period plans that upon completion should have been converted to final modifications. The language in the trial period plans

COMPLAINT - 3



Leen & O'Sullivan, PLLC
520 EAST DENNY WAY SEATTLE,
WASHINGTON 98122
(206) 325-6022
FAX (206) 325-1424

Exhibit 2

indicated that upon successful completion of the trial period plans the Plaintiff would be offered a modification.

21. Flagstar and Green tree made offers to enter in to a contract when they offered Plaintiff trial period plans; Plaintiff accepted these offers by submitting timely payments in compliance with the terms of the offers. Flagstar and Green Tree subsequently breached the contract when they wrongfully denied Plaintiff for a loan modification after Plaintiff fully complied with the terms of the offers.

22. This breach subjected Plaintiff to damages, including but not limited to, emotional damages connected to the fear of losing his home, monetary damages in terms of the cost to file this lawsuit and default fees and charges in connection with an ongoing foreclosure.

**B. SECOND CLAIM: UNFAIR AND DECEPTIVE PRACTICES IN VIOLATION OF THE CONSUMER PROTECTION ACT**

23. Green Tree and Flagstar directly and indirectly engaged in unfair and deceptive acts and practices in violation of RCW 19.86.020, including but not limited to:

   a. Making representations to Plaintiffs that they had been offered trial period plans that would be converted to a permanent modification upon completion of the trial period plan;

   b. After Plaintiff complied with all terms of the offer, Defendants refused to permanently modify Plaintiff's loan;

   c. Charging fees associated with Flagstar's and Green Tree's incorrect determination that the Plaintiffs' loans were in default including, but not limited to, late fees, interest capitalization and other fees associated with a default.

COMPLAINT - 4

24. Defendant Green Tree's and Flagstar's deceptive acts or practices have occurred in its trade or business and were and are capable of deceiving a substantial portion of the public. As such, Defendant Green Tree's general course of conduct as alleged herein is injurious to the public interest, and the acts complained of herein are ongoing and/or have a substantial likelihood of being repeated.

25. Green Tree and Flagstar's action effect the public interest because they are responsible for the day-to-day management of thousands of loans in the state of Washington. Moreoever, this conduct is ongoing and has the substantial likelihood of being repeated. Upon information and belief, because both servicers service a substantial amount of mortgage loans it is likely that similar fraudulent actions are/have been perpetrated on other consumers.

26. As a direct and proximate result of Defendant Flagstar and Green Tree's unfair acts or practices, Plaintiff suffered injury in fact and lost money. Plaintiff has been charged unlawful fees related to the wrongful determination that his loan is in default after it should have been converted to a permanent modification.

27. Plaintiff is therefore entitled to an order enjoining the conduct complained of herein; actual damages; treble damages pursuant to RCW 19.86.090; costs of suit, including a reasonable attorney's fee; and such further relief as the Court may deem proper.

28. Plaintiff is entitled to exemplary damages because Defendant Flagstar and Green Tree acted in bad faith in deliberate or reckless disregard of their rights and Defendant Flagstar and Green Tree obligation to hold Plaintiff's escrow funds in trust. The actions of Defendant Green Tree Flagstar as alleged herein constitute violations of the Washington Consumer Protection Act, RCW 19.86.020, and: (1) have occurred in trade or commerce; (2) are deceptive

COMPLAINT - 5



Leen & O'Sullivan, PLLC
520 EAST DENNY WAY SEATTLE,
WASHINGTON 98122
(206) 325-6022
FAX (206) 325-1424

Exhibit 2

as alleged above; (3) negatively affect the public including thousands of Washington residents against whom Defendant Green Tree and Flagstar offered trial period plans that were fully complied with and then failed to convert the loans to permanent modifications; and (4) causing injuries to Plaintiff as alleged above.

### C. THIRD CLAIM: NEGLIGENT MISREPRESENTATION

29. Under the circumstances alleged, Defendants owed Plaintiffs a duty to provide them with accurate information regarding the loan modification process and to comply with the representations made by the Defendants in their trial period plan.

30. Defendants negligently represented to Plaintiff that upon completion of their trial period plan, he would be offered a permanent loan modification. Flagstar and Green Tree representation were negligent as they subsequently refused to honor its offer of a modification, by refusing to permanently modify Plaintiff's loan after Plaintiff complied with all terms of the trial period plans offered to him.

31. Supplying such obviously false information demonstrates a lack of exercise of reasonable care or competence in communicating with Plaintiff.

32. Plaintiff justifiably relied on Defendants' misrepresentations expecting to be entitled to make payments on their trial period plans and be offered a permanent modification.

33. Plaintiff have suffered significant damages as a result of Defendants negligence including but not limited to, the potential of losing his home, emotional damages and monetary damages connected with filing this lawsuit.

### III. REQUEST FOR RELIEF

COMPLAINT - 6



Leen & O'Sullivan, PLLC
520 EAST DENNY WAY SEATTLE,
WASHINGTON 98122
(206) 325-6022
FAX (206) 325-1424

Exhibit 2

Having stated their allegations and claims, Plaintiffs request the following relief:

1. General damages in an amount to be determined at trial;

2. Treble damages for each and every violation of the Consumer Protection Act, plus attorney fees and costs;

3. Damages including emotional distress, for the conduct of the Defendants in an amount to be fully proven at the time of trial;

4. Injunctive relief prohibiting the foreclosure of Plaintiffs' Residence by any entity or person until further order of this Court;

5. The value of lost use of Plaintiffs monies, past and future, according to proof at time of trial;

6. For such other relief as the Court deems equitable and just.

DATED this 23rd day of July, 2015.

*[signature: Kathleen A. B]*

_____
Kathleen S Box, WSBA #45254
Attorney for Plaintiffs

COMPLAINT - 7

Leen & O'Sullivan, PLLC
520 EAST DENNY WAY SEATTLE,
WASHINGTON 98122
(206) 325-6022
FAX (206) 325-1424

Exhibit 2

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

| | |
|---|---|
| MICHAEL THOMAS<br><br>Plaintiff,<br><br>vs.<br><br>FLAGSTAR BANK and GREEK TREE LOAN SERVICING, LLC<br><br>Defendant. | NO.<br><br>COMPLAINT FOR THE VIOLATION OF THE WASHINGTON STATE CONSUMER PROTECTION ACT BREACH OF CONTRACT, AND NEGLIGENT MISREPRESENTATION |

**THE STATE OF WASHINGTON, TO:** Green Tree Servicing, LLC and Flagstar Bank

**TO THE THIRD PARTY DEFENDANT:** A lawsuit has been started against you in the above-entitled court by Plaintiff, Michael Thomas ("Thomas"). Thomas's claim is stated in the Complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the Answer by stating your defense in writing, and by serving a copy upon the person signing this summons within 20 days after the service of this summons, (or 60 days if you are served outside of the State of Washington), excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Third Party Plaintiff is entitled to what has been asked for because you have not responded. If you serve a notice of appearance on the

SUMMONS- 1

Leen & O'Sullivan, PLLC
520 EAST DENNY WAY SEATTLE, WASHINGTON 98122
(206) 325-6022
FAX (206) 325-1424

Exhibit 3

undersigned person, you are entitled to notice before a default judgment may be entered. A copy of your answer and all other responsive pleadings must be filed with the court.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

**THIS SUMMONS** is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 23rd day of July, 2015.

*Kathleen A. Box*

Kathleen Box  WSBA #45254
katy@leenandosullivan.com
Attorney for Michael Thomas

SUMMONS- 2



Leen & O'Sullivan,
PLLC
520 EAST DENNY WAY SEATTLE,
WASHINGTON 98122
(206) 325-6022
FAX (206) 325-1424

Exhibit 3

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| MICHAEL THOMAS,<br><br>           Plaintiff,<br>vs.<br><br>FLAGSTAR BANK, NA and GREEN TREE SERVICING, LLC<br><br>           Defendants. | Case No.<br><br>NOTICE OF APPEARANCE OF GREEN TREE SERVICING LLC |

**TO:** Plaintiff, c/o his attorney, Kathleen Box

**AND:** Clerk of Court

PLEASE TAKE NOTICE that William G. Fig and Susan S. Ford of Sussman Shank LLP hereby appear in the above-entitled action as attorneys for defendant Green Tree Servicing LLC without waiving questions of, or defenses related to:

1. Lack of Jurisdiction Over the Subject Matter;
2. Lack of Jurisdiction Over the Person;
3. Improper Venue;
4. Insufficiency of Process;
5. Insufficiency of Service of Process;
6. Failure to State a Claim Upon Which Relief May be Granted; and
7. Failure to Join a Party under CR 19.

/ / /

/ / /

/ / /

NOTICE OF APPEARANCE - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

Exhibit 4

1  PLEASE ALSO TAKE NOTICE that all further papers and pleadings directed to
2  the aforementioned defendants, <u>except original process</u>, should be served upon the
3  undersigned at the address shown below.
4  Dated: August 7, 2015.

5  SUSSMAN SHANK LLP

6

7  By <u>/s/ William G. Fig</u>
     William G. Fig, WSBA 33943
     wfig@sussmanshank.com
8    Susan S. Ford, WSBA 33415
     sford@sussmanshank.com
9    Attorneys for Green Tree Servicing LLC

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF APPEARANCE - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

Exhibit 4

## CERTIFICATE OF SERVICE

THE UNDERSIGNED certifies:

1. My name is Karen D. Muir. I am a citizen of Washington County, state of Oregon, over the age of eighteen (18) years, and not a party to this action.

2. On August 7, 2015, I caused to be delivered **via email and first-class U.S. Mail, postage prepaid,** a copy of: **NOTICE OF APPEARANCE OF GREEN TREE SERVICING LLC** to the interested parties of record, addressed as follows:

Kathleen Box
Leen & O'Sullivan PLLC
520 East Denny Way
Seattle, WA 98122
Email: katy@leenandosullivan.com
    Attorneys for Plaintiff

I SWEAR UNDER PENALTY OF PERJURY that the foregoing is true and correct to the best of my knowledge, information, and belief.

        /s/ Karen D. Muir
        Karen D. Muir, Legal Assistant

*22428-034\NOA (02157313);1

NOTICE OF APPEARANCE - Page 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

Exhibit 4

1
2
3
4
5
6
7

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

## IN AND FOR THE COUNTY OF KING

| | | |
|---|---|---|
| 10 | MICHAEL THOMAS, ) | Case No. _____ |
| 11 | Plaintiff, ) | NOTICE OF FILING NOTICE OF |
| | vs. ) | REMOVAL TO UNITED STATES |
| 12 | ) | DISTRICT COURT BY GREEN TREE |
| 13 | FLAGSTAR BANK, NA and GREEN TREE ) SERVICING, LLC ) | SERVICING LLC |
| 14 | Defendants. ) | |

15

16   PLEASE TAKE NOTICE that on August 17, 2015, defendant Green Tree
17   Servicing LLC filed a Notice of Removal with the United States District Court for the
18   Western District of Washington, Seattle Division.  A copy of the Notice of Removal,
19   without exhibits, is attached hereto as Exhibit 1.
20   Respectfully submitted this 17th day of August, 2015.
21   SUSSMAN SHANK LLP
22
23   By /s/ William G. Fig
     William G. Fig, WSBA 33943
     wfig@sussmanshank.com
24   Susan S. Ford, WSBA 33415
     sford@sussmanshank.com
25   Attorneys for Green Tree Servicing LLC
26

NOTICE OF REMOVAL - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

Exhibit 5

## CERTIFICATE OF SERVICE

THE UNDERSIGNED certifies:

1. My name is Kori L. Morehead. I am a citizen of Washington County, state of Oregon, over the age of eighteen (18) years, and not a party to this action.

2. On August 17, 2015, I caused to be delivered **via email and first-class U.S. Mail, postage prepaid,** a copy of: **NOTICE OF FILING NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT BY GREEN TREE SERVICING LLC** to the interested parties of record, addressed as follows:

Kathleen Box
Leen & O'Sullivan PLLC
520 East Denny Way
Seattle, WA 98122
Email: katy@leenandosullivan.com
   Attorneys for Plaintiff

I SWEAR UNDER PENALTY OF PERJURY that the foregoing is true and correct to the best of my knowledge, information, and belief.

/s/ Kori L. Morehead
Kori L. Morehead, Legal Assistant

*22428-086\NOTICE OF REMOVAL TO STATE COURT (02159985);1

NOTICE OF REMOVAL - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

Exhibit 5



## PARCEL

| Parcel Number | 510454-0390 |
|---|---|
| Name | THOMAS MICHAEL |
| Site Address | 27546 254TH WAY SE 98038 |
| Legal | MAPLE RIDGE HIGHLANDS DIV 4 |

### BUILDING 1

| Year Built | 2006 |
|---|---|
| Total Square Footage | 3120 |
| Number Of Bedrooms | 4 |
| Number Of Baths | 2.50 |
| Grade | 10 Very Good |
| Condition | Average |
| Lot Size | 6649 |
| Views | No |
| Waterfront | |



### TOTAL LEVY RATE DISTRIBUTION

Tax Year: 2015    Levy Code: 1813    Total Levy Rate: $14.11542    Total Senior Rate: $7.33886

Levy distribution pie chart

48.01% Voter Approved

Click here to see levy distribution comparison by year.

### TAX ROLL HISTORY

| Valued Year | Tax Year | Appraised Land Value ($) | Appraised Imps Value ($) | Appraised Total ($) | Taxable Land Value ($) | Taxable Imps Value ($) | Taxable Total ($) |
|---|---|---|---|---|---|---|---|
| 2014 | 2015 | 122,000 | 386,000 | 508,000 | 122,000 | 386,000 | 508,000 |
| 2013 | 2014 | 113,000 | 332,000 | 445,000 | 113,000 | 332,000 | 445,000 |
| 2012 | 2013 | 106,000 | 267,000 | 373,000 | 106,000 | 267,000 | 373,000 |
| 2011 | 2012 | 125,000 | 284,000 | 409,000 | 125,000 | 284,000 | 409,000 |
| 2010 | 2011 | 182,000 | 236,000 | 418,000 | 182,000 | 236,000 | 418,000 |
| 2009 | 2010 | 182,000 | 286,000 | 468,000 | 182,000 | 286,000 | 468,000 |
| 2008 | 2009 | 203,000 | 394,000 | 597,000 | 203,000 | 394,000 | 597,000 |
| 2007 | 2008 | 180,000 | 388,000 | 568,000 | 180,000 | 388,000 | 568,000 |
| 2006 | 2007 | 161,000 | 0 | 161,000 | 161,000 | 0 | 161,000 |
| 2005 | 2006 | 154,000 | 0 | 154,000 | 154,000 | 0 | 154,000 |

**Reference Links**

- King County Taxing Districts Codes and Levies (.PDF)
- King County Tax Links
- Property Tax Advisor
- Washington State Department of Revenue (External link)
- Washington State Board of Tax Appeals (External link)
- Board of Appeals/Equalization
- Districts Report
- iMap
- Recorder's Office
- Scanned images of surveys and other map documents
- Scanned images of plats

Exhibit 6
Page 1 of 2

Exhibit 6
Page 2 of 2

## 3270 Explorer: Delinquency 1 - Primary Collection (DLQ1/INVE)
### 511 - GREEN TREE SERVICING LLC

Loan Number: 0001266303                                      Borrower Name: THOMAS, MICHAEL

```
DLQ1 0001266303         Q4  D E L I N Q U E N C Y  OWNR ARO 07/23/15  13:01:03
13   CONV. RES.         PER/CLS/OFF  F/  /15 AGE:  7Y  1M IR:   6.50000 INV: F01
DUE( 42)    155,833.02  DUE 02/01/12(   )(01/15) ASSUM:          ACQ:01/16/14
LATE CHRG     6,492.26  PAYMT          3,710.31 P: 27546 254TH WAY SE
BAD CK FEES      10.00  L/C AMT          125.78    MAPLE VALLEY WA 98038
OTHER FEES         .00  PAYMT + LC     3,836.09 M:
TOT DUE     162,335.28* PRIN BAL     381,082.70
SUSPENSE        720.99  P&I            2,515.63    27546 254TH WAY SE
NET DUE     161,614.29  DLQ 10 TIME,PAY 70 DAY     MAPLE VALLEY WA 98038
C/S 482    MICHAEL THOMAS
C/D 07/14  VELMA L THOMAS
 *PHONE NO*
-IMD:N-------------------- * ADDITIONAL MESSAGES * -----------------WU: _ ----
MISSING TELEPHONE NO              -=SPOC=-
ACTIVE FORECLOSURE                CASHIER STOP 5
-----INVE----------------* INVESTOR HEADER INFO *-----------------------------
INV/CAT: F01 006    FREDDIE MAC 158586          INV TEL#: 702-336-3362
  SALE DATE:          PRIN BAL:    381,082.70   INV LOAN#: 521880122
  LOAN DATE: 06/11/08 INT RATE:       6.50000      POOL#:
 MATUR DATE: 07/38    P&I:          2,515.63    CONTRACT#:
 ASSUMP DATE:         PEND IR:                  PMI CO/CERT#:
 ACQUIS DATE: 01/16/14 PEND P&I:                POOL CO/CERT:
```

Exhibit 7