HONORABLE ROBERT S. LASNIK

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Michael Thomas,<br><br>                              Plaintiffs,<br><br>       vs.<br><br>Green Tree Servicing LLC,<br><br>                              Defendants. | NO. 2:15-cv-01309-RSL<br>**ORDER ENJOINING TRUSTEE SALE** |

     Based upon FRCP 65, RCW 61.24.130, and the stipulation and agreement of Plaintiff Michael Thomas and defendant Green Tree Servicing LLC ("Green Tree"), by and through their counsel of record, and the court being fully advised in the premises, it is hereby **ORDERED** that the trustee's sale relating to the nonjudicial foreclosure of the real property commonly known as 27546 254th Way SE, Maple Valley, WA 98038 is hereby enjoined while this action is pending in the United States District Court for the Western District of Washington or until a further order from this court.  Pursuant to RCW 61.24.130, as a requirement for this injunction to remain in effect, Plaintiff Michael Thomas must tender the amount of $2555.21 to the clerk of court starting in March 2016, by the thirtieth (30th) day of each month.

Order Enjoining Trustee Sale - 1



**Leen & O'S**ullivan,
**PLLC**
520 EAST DENNY WAY SEATTLE,
WASHINGTON  98122
(206) 325-6022
FAX (206) 325-1424

DATED this 23rd day of March, 2016.

                                    *Robert S. Lasnik*
                                    United States District Judge

Presented By:

LEEN & O'SULLIVAN PLLC

/s/ *Kathleen S Box*
Kathleen Box, WSBA 45254
Attorneys for Plaintiffs

Stipulated & Agreed to By:

SUSSMAN SHANK, LLP

/s/ *William G. Fig*
William G. Fig, WSBA 33943
Attorneys for Green Tree Servicing LLC

Order Enjoining Trustee Sale - 2



**Leen & O'S**ullivan,
**PLLC**
520 EAST DENNY WAY SEATTLE,
WASHINGTON 98122
(206) 325-6022
FAX (206) 325-1424