The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>GREEN TREE LOAN SERVICING, LLC,<br><br>    Defendant(s). | CASE NO. 2:15-cv-01309-RSL<br><br>LCR 39.1, REPORT FROM MEDIATOR |

The mediation session in this case occurred on November 2, 2016, and resulted in a Litigation Standstill Agreement between the parties. The purpose of the Standstill Agreement is for the Defendant to review again the Plaintiff for loan modification and to address liens on the title of the real property at issue. Regardless of whether the modification is granted, the parties have agreed to continue the mediation process until that issue is determined. In my opinion as the Mediator, this phased approach to settlement is the most efficient process and most likely to foster a partial or complete settlement under the unique circumstances of this case.

IT IS SO REPORTED this 2 day of November, 2016.

_____
Judge Bruce W. Hilyer (Ret.), Mediator

LCR 39.1 REPORT FROM MEDIATOR - Page 1

Hilyer Dispute Resolution
1000 Second Ave 30th Floor
Seattle, Washington 98101
T: (206) 623-0068