1  William G. Fig, WSBA 33943
   wfig@sussmanshank.com
2  SUSSMAN SHANK LLP
   1000 SW Broadway, Suite 1400
3  Portland, OR 97205
   Telephone: (503) 227-1111
4  Facsimile: (503) 248-0130

5  Attorneys for Green Tree Servicing LLC

6

7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

| | |
|---|---|
| MICHAEL THOMAS, | Case No. 2:15-cv-01309-RSL |
| Plaintiff, | |
| vs. | GREEN TREE SERVICING LLC'S UNOPPOSED MOTION TO SUBSTITUTE DKT 40-1 AND SEAL DKT 40-1 |
| FLAGSTAR BANK, NA and GREEN TREE SERVICING LLC, | **NOTED FOR: JUNE 6, 2017** |
| Defendants. | |

### I.   MOTIONS

Pursuant to Federal Rule of Civil Procedure ("FRCP") 56, 5.2, and LR 5, Green Tree Servicing LLC ("Green Tree") moves the court for an Order: (1) substituting the attached Exhibit for DKT 40-1 and (2) sealing DKT 40-1 based on the grounds that page 6 of DKT 40-1 contains plaintiff's social security number.  Despite a thorough review of the Summary Judgment pleadings for such information, plaintiff's social security number was inadvertently missed on page 6 of DKT 40-1.  The proposed substituted exhibit is identical to DKT 40-1 except plaintiff's social security number is redacted on page 6.  Green Tree seeks to have the exhibit substituted as Exhibit 1 to the Declaration of William G. Fig,

GREEN TREE SERVICING LLC'S MOTIONS TO
SUBSTITUTE SUMMARY JUDGMENT EXHIBIT AND
SEAL DKT 40-1- Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1 DKT 40.  Green Tree's counsel conferred with Plaintiff's counsel, and Plaintiff does not
2 oppose this motion.

**CONCLUSION**

4 Based on the foregoing, Defendant Green Tree respectfully requests that the
5 attached Exhibit be substituted for DKT 40-1 and that DKT 40-1 be sealed.
6 Dated:  June 6, 2017.

7 SUSSMAN SHANK LLP

9 By */s/ William G. Fig*
William G. Fig, WSBA 33943
wfig@sussmanshank.com
10 Attorneys for Green Tree Servicing LLC

GREEN TREE SERVICING LLC'S MOTIONS TO
SUBSTITUTE SUMMARY JUDGMENT EXHIBIT AND
SEAL DKT 40-1- Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

CERTIFICATE OF SERVICE

THE UNDERSIGNED certifies:

1. My name is Karen D. Muir. I am a citizen of Washington County, state of Oregon, over the age of eighteen (18) years and not a party to this action.

2. On June 6, 2017, I caused to be delivered **electronically, via the court's ecf system**, a copy of: **GREEN TREE SERVICING LLC'S MOTIONS TO SUBSTITUTE EXHIBIT AND SEAL DKT 40-1**, to the interested parties of record, addressed as follows:

| | |
|---|---|
| Christina Latta Henry | chenry@HDM-legal.com, hdmecf@gmail.com, mainline@hdm-legal.com |
| Jacob Daniel DeGraaff | mainline@hdm-legal.com, hdmecf@gmail.com |

I SWEAR UNDER PENALTY OF PERJURY that the foregoing is true and correct to the best of my knowledge, information, and belief.

*/s/ Karen D. Muir*
Karen D. Muir, Legal Assistant

GREEN TREE SERVICING LLC'S MOTIONS TO SUBSTITUTE SUMMARY JUDGMENT EXHIBIT AND SEAL DKT 40-1- Page 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130