1  William G. Fig, WSBA 33943
   wfig@sussmanshank.com
2  SUSSMAN SHANK LLP
   1000 SW Broadway, Suite 1400
3  Portland, OR 97205
   Telephone: (503) 227-1111
4  Facsimile: (503) 248-0130

5  Attorneys for Green Tree Servicing LLC

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE WESTERN DISTRICT OF WASHINGTON
                          SEATTLE DIVISION
10

11 MICHAEL THOMAS,                    ) Case No. 2:15-cv-01309-RSL
                                      )
12                     Plaintiff,     )
      vs.                             )
13                                    ) [PROPOSED] ORDER RE GREEN TREE
                                      ) SERVICING LLC'S MOTIONS TO
                                      ) SUBSTITUTE EXHIBIT AND SEAL DKT
14 FLAGSTAR BANK, NA and GREEN TREE   ) 40-1
   SERVICING LLC,                     )
15                                    ) **NOTED FOR: JUNE 6, 2017**
                       Defendants.    )
16 ─────────────────────────────────

17      On June 6, 2017, pursuant to Federal Rule of Civil Procedure ("FRCP") 56 and 5.2

18 and LR 5, Green Tree Servicing LLC's ("Green Tree") Motions to substitute exhibit and

19 seal DKT 40-1 came before the court.  The court, having considered the pleadings and

20 exhibits filed by the parties, having reviewed the court file, and otherwise being fully

21 advised, it is hereby **ORDERED that:**

22 / / /

23 / / /

24 / / /

25

26

[PROPOSED] ORDER RE GREEN TREE SERVICING
LLC'S MOTIONS TO SUBSTITUTE & SEAL - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1     Green Tree's motion to substitute exhibit and seal DKT 40-1 is GRANTED.  The

2 exhibit will be substituted as Exhibit 1 to the Declaration of William Fig, DKT 40, and DKT

3 40-1 is sealed.

4     Dated: _____, 2017.

5

6

7                                         United States District Court Judge

8 Presented By:

9 SUSSMAN SHANK LLP

10

11 By */s/ William G. Fig*_____
    William G. Fig, WSBA 33943
    wfig@sussmanshank.com

12     Attorneys for Green Tree Servicing LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER RE GREEN TREE SERVICING
LLC'S MOTIONS TO SUBSTITUTE & SEAL - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

CERTIFICATE OF SERVICE

THE UNDERSIGNED certifies:

1. My name is Karen D. Muir. I am a citizen of Washington County, state of Oregon, over the age of eighteen (18) years and not a party to this action.

2. On June 6, 2017, I caused to be delivered **electronically, via the court's ecf system**, a copy of: **[PROPOSED] ORDER RE GREEN TREE SERVICING LLC'S MOTIONS TO SUBSTITUTE EXHIBIT AND SEAL DKT 40-1**, to the interested parties of record, addressed as follows:

| | |
|---|---|
| Christina Latta Henry | chenry@HDM-legal.com, hdmecf@gmail.com, mainline@hdm-legal.com |
| Jacob Daniel DeGraaff | mainline@hdm-legal.com, hdmecf@gmail.com |

I SWEAR UNDER PENALTY OF PERJURY that the foregoing is true and correct to the best of my knowledge, information, and belief.

*/s/ Karen D. Muir*
Karen D. Muir, Legal Assistant

*22428-086\ORDER RE ORDER TO SUBSTITUTE AND SEAL (02575512);1

[PROPOSED] ORDER RE GREEN TREE SERVICING LLC'S MOTIONS TO SUBSTITUTE & SEAL - Page 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130