IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | | |
|---|---|---|
| MICHAEL THOMAS, | ) | Case No. 2:15-cv-01309-RSL |
| Plaintiff, | ) | |
| vs. | ) | ORDER RE GREEN TREE SERVICING LLC'S MOTIONS TO SUBSTITUTE EXHIBIT AND SEAL DKT 40-1 |
| FLAGSTAR BANK, NA and GREEN TREE SERVICING LLC, | ) | **NOTED FOR: JUNE 6, 2017** |
| Defendants. | ) | |

On June 6, 2017, pursuant to Federal Rule of Civil Procedure ("FRCP") 56 and 5.2 and LR 5, Green Tree Servicing LLC's ("Green Tree") Motions to substitute exhibit and seal DKT 40-1 came before the court. The court, having considered the pleadings and exhibits filed by the parties, having reviewed the court file, and otherwise being fully advised, it is hereby **ORDERED that:**

/ / /

/ / /

/ / /

1   Green Tree's motion to substitute exhibit and seal DKT 40-1 is GRANTED. The exhibit will be substituted as Exhibit 1 to the Declaration of William Fig, DKT 40, and the Clerk of Court is directed to seal DKT 40-1.

Dated: June 8, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge