Christina L. Henry, WSBA# 31273
chenry@hdmlegal.com
Henry, DeGraaff & McCormick, PS
1833 N 105th St, Ste. 203
Seattle, WA 98133
Tel# 206-330-0595
Fax: +1-206-400-7609

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL THOMAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FLAGSTAR BANK, NA and GREEN TREE SERVICING LLC,<br><br>　　　　Defendant. | Case No.: 2:15-cv-01309-RSL<br><br>**NOTICE OF INTENT TO FILE SURREPLY TO GREEN TREE SERVICING LLC'S MOTION FOR SUMMARY JUDGMENT AND REQUEST TO STRIKE**<br><br>NOTE ON MOTION CALENDAR:<br><br>June 9, 2017 |

　　　Pursuant to Local Rule 7(g), Plaintiff respectfully submits this notice of intent to file a surreply brief requesting that the Court strike certain portions of Defendant's Reply in Support of its motion to dismiss, filed on Friday, June 9, 2017.

　　　Dated this 11th day of June, 2017.

| HENRY, DEGRAAFF & MCCORMICK, PS | HENRY, DEGRAAFF & MCCORMICK, PS |
|---|---|
| By: /s/ Christina L Henry<br>Christina L Henry, WSBA# 31273<br>Attorneys for Plaintiffs | By: /s/ Jacob D. DeGraaff<br>Jacob D. DeGraaff, WSBA# 36713<br>Attorneys for Plaintiffs |

NOTICE OF INTENT TO FILE SURREPLY TO GREEN TREE SERVICING LLC'S MOTION FOR SUMMARY JUDGMENT AND REQUEST TO STRIKE - 1

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH ST. STE 203
SEATTLE, WASHINGTON  98133
telephone (206) 330-0595
fax (206) 400-7609