IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MICHAEL THOMAS,<br><br>               Plaintiff,<br><br>  vs.<br><br>FLAGSTAR BANK, NA and GREEN TREE SERVICING LLC,<br><br>               Defendants. | Case No. 2:15-cv-01309-RSL<br><br>ORDER RE MOTIONS TO STRIKE RE SURREPLY<br><br>**NOTED ON MOTIONS CALENDAR:  July 7, 2017** |

On July 7, 2017, pursuant to LCR 7(g), defendant Green Tree Servicing LLC's ("Green Tree") moved for an Order striking: (1) Page 2, lines 7 through 25, and Page 3, lines 1 through 19 ("Unauthorized Argument"), of plaintiff's Surreply to Green Tree's Summary Judgment Reply Brief [Dkt. 49] ("Surreply"); and (2) the additional evidence in support of Plaintiff's Summary Judgment Response Brief submitted with the Surreply [Dkt. 51 and 51-1 – 51-10] came before the court.  The court, having considered the pleadings and exhibits filed by the parties, having reviewed the court file, and otherwise being fully advised, it is hereby ORDERED that:

Green Tree's motions to strike are GRANTED.  Page 2, lines 7 through 25, and Page 3, lines 1 through 19, of plaintiff's Surreply to Green Tree's Summary Judgment Reply Brief [Dkt. 49] are hereby stricken; and (2) the additional evidence in support of Plaintiff's Summary Judgment Response Brief submitted with the Surreply [Dkt 51 and 51-1 – 51-10] are hereby stricken.

1

Dated this 17th day of July, 2017.

2

3

*/s/ Robert S. Lasnik*

4

Robert S. Lasnik
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER RE MOTIONS TO STRIKE RE SURREPLY –
Page 2