The Honorable Robert S. Lasnik

IN THE UNITED DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
SEATTLE

MICHAEL THOMAS,

    Plaintiff,

v.

GREEN TREE LOAN SERVICING LLC,

    Defendant(s).

Case No. 2:15-cv-01309-RSL

[PROPOSED]

**ORDER DIRECTING THE COURT CLERK TO DISBURSE THE FUNDS IN THE COURT REGISTRY**

Pursuant to LCR 7, LCR 10(g) and LCR 67, the stipulated motion of Plaintiff Michael Thomas, by and through his counsel of record and unopposed by Defendant Green Tree Loan Servicing, LLC ("Green Tree"), and the court being fully advised, it is hereby

**ORDERED THAT** the injunction entered on March 23, 2016 [Dkt No. 18] is released.

**ORDERED** that the clerk is authorized and directed to draw a check(s) on the funds deposited in the registry of this court in the principal amount of $28,111.26 plus all accrued interest, minus any statutory users fees, payable to Henry, DeGraaff & McCormick, PS and mail or deliver the check to Henry, DeGraaff & McCormick, PS, Attn: Christina L Henry, 1833 N 105th St, Ste 203, Seattle, WA 98133.

DATED this 21st day of September 2017.

/s/ S Lasnik

United States District Court Judge Robert S. Lasnik

[PROPOSED] - 1

HENRY, DEGRAAFF & McCORMICK, P.S.
1833 N. 105TH ST. SUITE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax 1 (206) 400-7609

Presented by:

/s/ Christina L Henry
By:   Christina L Henry, WSBA # 31273
HENRY, DEGRAAFF & MCCORMICK, PS
   Attorney for Plaintiff Michael Thomas


/s/ Jacob DeGraaff
By:   Jacob DeGraaff, WSBA #36713
HENRY, DEGRAAFF & MCCORMICK, PS
Attorney for Plaintiff Michael Thomas


Stipulated and Agreed to By:


/s/ William Fig
By:   William Fig, WSBA # 33943
Sussman Shank, LLP
Attorney for Defendant Green Tree Servicing, LLC

- 2

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N. 105TH ST. SUITE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax 1 (206) 400-7609