The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL THOMAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FLAGSTAR BANK, N.A. AND GREEN TREE SERVICING LLC,<br><br>　　　　　Defendant. | CASE: 2:15-cv-01309-RSL<br><br>ORDER APPROVING STIPULATION<br><br>NOTE ON MOTION CALENDAR:<br><br>June 20, 2018 |

THIS MATTER having come before the Court via the Stipulation for motion for leave to file an amended complaint and the Court having been advised that the parties have reached agreement as set for the in the Stipulation, it is hereby ORDERED as follows

　　1.　The Stipulation is approved and the Plaintiff is granted leave to file his Amended Complaint.

　　2.　The caption is amended to remove Flagstar Bank, N.A. and the clerk is directed to change the caption to Michael Thomas v. Green Tree Loan Servicing, LLC.

DATED this 29th day of June 2018.

ORDER ON MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND TO AMEND CAPTION - 1

1

Henry & DeGraaff, P.S.
150 Nickerson St, Ste 311
Seattle, Washington 98109
telephone (206) 330-0595
fax (206) 400-7609

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Jacob D. DeGraaff*
Jacob D. DeGraaff, WSBA #36713
HENRY & DEGRAAFF, P.S.
150 Nickerson St, Ste 311
Seattle, WA 98109
T: 206-330-0595/ F: 206-400-7609
jacobd@hdm-legal.com

*/s/ William G. fig*
William G. Fig, WSBA #33943
Sussman Shank, LLP
1000 SW Broadway, Ste 1400
Portland, OR 97205
T: 503-243-1656
wfig@sussmanshank.com

ORDER ON MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND TO AMEND CAPTION - 2

2

**HENRY & DEGRAAFF, P.S.**
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609