The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL THOMAS,<br><br>　　　　　　Plaintiff,<br>v.<br><br>GREEN TREE SERVICING LLC,<br><br>　　　　　　Defendant. | CASE: 2:15-cv-01309-RSL<br><br>~~(Proposed)~~<br>**STIPULATED ORDER FOR RELIEF OF COURT DEADLINE FOR EXPERT WITNESS**<br><br>NOTE ON MOTION CALENDAR:<br><br>September 21, 2018 |

Pursuant to LCR 7, LCR 10(g), and LCR 16, Plaintiff Michael Thomas and Defendant Green Tree Servicing, LLC ("Green Tree"), by and through counsel, and the court being fully advised in the premises, it is hereby **ORDERED** that the court for an order granting relief from the court deadline for expert witnesses while all remaining pre-trial dates remain the same. The parties have stipulated as follows:

1. To extend the deadline to file Expert Witness Disclosure/Reports Under FRCP 26(a)(2) to October 31, 2018.

---

STIPULATED ORDER TO EXTEND DEADLINES　　　　1　　　　**HENRY & DEGRAAFF, P.S.**
AND CONTINUE TRIAL DATE - 1 　　　　　　　　　　　　　　　　150 NICKERSON ST, STE 311
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SEATTLE, WASHINGTON 98109
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　telephone (206) 330-0595
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　fax (206) 400-7609

DATED this 24th day of September 2018.

_____
United States District Court Judge Robert S. Lasnik

Presented by:

*/s/ Christina L Henry*
Christina L Henry, WSBA #31273
HENRY & DEGRAAFF, P.S.
150 Nickerson St, Ste 311
Seattle, WA 98109
T: 206-330-0595/ F: 206-400-7609
chenry@hdm-legal.com


*/s/ Jacob D. DeGraaff*
Jacob D. DeGraaff, WSBA #36713
HENRY & DEGRAAFF, P.S.
150 Nickerson St, Ste 311
Seattle, WA 98109
T: 206-330-0595/ F: 206-400-7609
jacobd@hdm-legal.com


*/s/ William G. Fig*
William G. Fig, WSBA #33943
Sussman Shank, LLP
1000 SW Broadway, Ste 1400
Portland, OR 97205
T: 503-243-1656
wfig@sussmanshank.com

STIPULATED ORDER TO EXTEND DEADLINES
AND CONTINUE TRIAL DATE - 2

2

**HENRY & DEGRAAFF, P.S.**
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609