| | |
|---|---|
| William G. Fig, WSBA 33943 | Judge Robert S. Lasnik |
| wfig@sussmanshank.com | |
| SUSSMAN SHANK LLP | |
| 1000 SW Broadway, Suite 1400 | |
| Portland, OR 97205 | |
| Telephone: (503) 227-1111 | |
| Facsimile: (503) 248-0130 | |

Attorneys for Green Tree Servicing LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

MICHAEL THOMAS,

               Plaintiff,

vs.

GREEN TREE SERVICING LLC,

               Defendant.

Case No. 2:15-cv-01309-RSL

STIPULATED ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

     Pursuant to LCR 7(j), LCR 7(g), LCR 10(g), and LCR 16, Plaintiff Michael Thomas ("Plaintiff") and Defendant Green Tree Servicing LLC ("Green Tree"), by and through their counsel of record, and the court being fully advised in the premises, it is hereby **ORDERED** that the court for an order granting relief from the court deadlines for discovery and filing of dispositive motions while all remaining pre-trial dates remain the same on the order issued by this court on June 29, 2018 (Dkt No. 69).

     The parties have stipulated as follows:

     1. To extend the deadline to complete discovery from December 2, 2018 to December 31, 2018; and

/ / /

STIPULATED ORDER TO EXTEND DISCOVERY AND
DISPOSITIVE MOTION DEADLINES – Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1     2. To extend the deadline for filing all dispositive motions from January 1, 2019 to
2        January 15, 2019.

DATED this 24th day of October 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

SUSSMAN SHANK LLP


By */s/ William G. Fig*
   William G. Fig, WSBA 33943
   Sussman Shank, LLP
   1000 SW Broadway, Ste 1400
   Portland, OR 97205
   T: 503-243-1656
   wfig@sussmanshank.com
   Attorneys for Green Tree Servicing LLC


HENRY & DEGRAAFF, P.S.


By  */s/ Christina L. Henry*
   Christina L. Henry, WSBA #31273
   Jacob D. DeGraaff, WSBA #36713
   150 Nickerson St, Ste 311
   Seattle, WA 98109
   T: 206-330-0595/ F: 206-400-7609
   chenry@hdm-legal.com
   jacobd@hdm-legal.com

STIPULATED ORDER TO EXTEND DISCOVERY AND
DISPOSITIVE MOTION DEADLINES – Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130