UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>GREEN TREE SERVICING, LLC,<br><br>        Defendant. | NO. C15-1309RSL<br><br>ORDER STAYING CASE AS TO<br>GREEN TREE SERVICING, LLC |

This matter comes before the Court on the notice of bankruptcy submitted by plaintiff on February 26, 2019. Dkt. # 82. Pursuant to 11 U.S.C. § 362(a), defendant Green Tree Servicing's filing of a voluntary petition for relief under the Bankruptcy Code stays the above-captioned matter against it. The action is therefore STAYED as to that entity.

There is a motion for leave to amend the complaint to add a new defendant that is currently pending on the Court's calendar. The motion was fully briefed prior to the filing of the bankruptcy petition, and the Court will resolve that motion in due course.

//

ORDER STAYING CASE AS TO
GREEN TREE SERVICING, LLC - 1

The parties are directed to notify the Court within fourteen days of the resolution of defendant Green Tree Servicing's bankruptcy petition or the lifting of the bankruptcy stay, whichever comes first.

Dated this 5th day of March, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STAYING CASE AS TO
GREEN TREE SERVICING, LLC - 2