1  William G. Fig, WSBA 33943
   wfig@sussmanshank.com
2  SUSSMAN SHANK LLP
   1000 SW Broadway, Suite 1400
3  Portland, OR 97205
   Telephone: (503) 227-1111
4  Facsimile: (503) 248-0130

5  Attorneys for Defendants Green Tree Servicing LLC
   and Federal Home Loan Mortgage Corp.
6

Judge Robert S. Lasnik

7
8
9        IN THE UNITED STATES DISTRICT COURT
10       FOR THE WESTERN DISTRICT OF WASHINGTON
         SEATTLE DIVISION
11

| | |
|---|---|
| 12  MICHAEL THOMAS, | Case No. 2:15-cv-01309-RSL |
| 13           Plaintiff, | |
|     v. | ORDER RE MOTION TO EXTEND |
| 14  | DEADLINE FOR FEDERAL HOME LOAN |
|     | MORTGAGE CORP. TO FILE ANSWER |
| 15  GREEN TREE SERVICING LLC, and | |
|     FEDERAL HOME LOAN MORTGAGE CORP. | NOTED ON MOTION |
| 16  ("FREDDIE MAC") | CALENDAR: June 28, 2019 |
| 17           Defendants. | |

18      On June 28, 2019, Federal Home Loan Mortgage Corp.'s Motion to extend

19 deadline for it to file an Answer came before the court. The court, having considered the

20 pleadings and declarations filed by the parties, having reviewed the court file, and

21 otherwise being fully advised, it is hereby ORDERED that:

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

ORDER RE MOTION TO EXTEND DEADLINE FOR
FEDERAL HOME LOAN MORTGAGE CORP. TO FILE
ANSWER - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1  Federal Home Loan Mortgage Corp.'s Motion is GRANTED. The deadline for
2  Federal Home Loan Mortgage Corp. to file its answer or other first appearance is
3  extended from June 19, 2019 to July 3, 2019.

4

5  Dated: July 12, 2019.

6

7

8

    Robert S. Lasnik
9   United States District Judge

10

11

12
    Presented By:
13
    SUSSMAN SHANK LLP
14

15  By /s/ William G. Fig
        William G. Fig, WSBA 33943
16      wfig@sussmanshank.com
        Attorneys for Green Tree Servicing LLC
17      & Federal Home Loan Mortgage Corp.

18

19

20

21

22

23

24

25

26

ORDER RE MOTION TO EXTEND DEADLINE FOR
FEDERAL HOME LOAN MORTGAGE CORP. TO FILE
ANSWER - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130