The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL THOMAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING LLC, and FEDERAL HOME LOAN MORTGAGE CORP., aka FREDDIE MAC.<br><br>　　　　　Defendants. | CASE: 2:15-cv-01309-RSL<br><br>~~(Proposed)~~<br>**STIPULATED ORDER TO STAY DISCOVERY AND COURT DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br><br>August 13, 2019 |

Pursuant to Federal Rules of Civil Procedure 29, Plaintiff Michael Thomas and Defendant Federal Home Loan Mortgage Corp. aka Freddie Mac ("Freddie Mac"), by and through counsel, and the court being fully advised in the premises and based on the stipulated motion to stay discovery and other court deadlines filed herein, it is hereby **ORDERED** that the court

1. All discovery and court deadlines will be stayed until November 12, 2019.

DATED this 15th day of August 2019.

_____
United States District Court Judge Robert S. Lasnik

STIPULATED ORDER TO STAY DISCOVERY
AND COURT DEADLINES- 1                                    1                      **HENRY & DEGRAAFF, P.S.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　787 MAYNARD AVE S
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SEATTLE, WASHINGTON 98104
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　telephone (206) 330-0595
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　fax (206) 400-7609

1  Presented by:

2  /s/ Christina L Henry
Christina L Henry, WSBA #31273
3  Jacob D. DeGraaff, WSBA# 36713
HENRY & DEGRAAFF, P.S.
4  787 Maynard Ave S
Seattle, WA 98104
5  T: 206-330-0595/ F: 206-400-7609
chenry@hdm-legal.com, jacobd@hdm-legal.com

6

7  /s/ William G. Fig
William G. Fig, WSBA #33943
8  Sussman Shank, LLP
1000 SW Broadway, Ste 1400
9  Portland, OR 97205
T: 503-243-1656
10 wfig@sussmanshank.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED ORDER TO STAY DISCOVERY
AND COURT DEADLINES- 2

2

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609