William G. Fig, WSBA 33943
wfig@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

Attorneys for Defendants Green Tree Servicing LLC
and Federal Home Loan Mortgage Corp.

Judge Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

MICHAEL THOMAS,

    Plaintiff,

v.

GREEN TREE SERVICING LLC, and FEDERAL HOME LOAN MORTGAGE CORP. ("FREDDIE MAC")

    Defendants.

Case No. 2:15-cv-01309-RSL

[PROPOSED] ORDER DISMISSING ENJOINED CLAIMS AGAINST GREEN TREE SERVICING LLC (nka DITECH FINANCIAL LLC)

Pursuant to FRCP 54(b), the stipulation of the parties, by and through their counsel of record, and the Court finding that there is no just reason to delay dismissing the enjoined claims against Green Tree Servicing LLC (nka Ditech Financial LLC) ("Ditech"), it is HEREBY ORDERED that plaintiff's Fifth Claim for Relief against Ditech (Outrage) is dismissed without prejudice and without costs, disbursements or attorney fees awarded to any party. In addition, all claims by plaintiff for monetary relief in his First, Second, Third, Fourth and Sixth Claims for Relief against Ditech are dismissed without prejudice and without costs, disbursements or attorney fees awarded to any party. Any claims for non-monetary relief in plaintiff's First, Second, Third, Fourth and Sixth Claims for Relief against Ditech remain in place and all claims against Federal

[PROPOSED] ORDER DISMISSING ENJOINED CLAIMS AGAINST GREEN TREE SERVICING LLC (nka DITECH FINANCIAL LLC) – Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

Home Loan Mortgage Corporation also remain in place. The dismissal of plaintiff's claims is without prejudice to plaintiff's claims in Ditech's bankruptcy action.

Dated: ___Jan, 15___, 2020.

_____
The Honorable Robert Lasnik

Presented By:

SUSSMAN SHANK LLP

By /s/ William G. Fig
William G. Fig, WSBA 33943
wfig@sussmanshank.com
Attorneys for Defendants Green Tree Servicing LLC
and Federal Home Loan Mortgage Corp.

Agreed to By:

HENRY & DEGRAAFF, P.S.

By /s/ Christina L. Henry
Christina L. Henry, WSBA #31273
chenry@hdm-legal.com
Attorney for Plaintiff

[PROPOSED] ORDER DISMISSING ENJOINED CLAIMS
AGAINST GREEN TREE SERVICING LLC (nka DITECH
FINANCIAL LLC) – Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130