|  |  |
|---|---|
| 1 | |
| 2 | |
...

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MICHAEL THOMAS,

Plaintiff,

vs.

GREEN TREE SERVICING LLC, and
FEDERAL HOME LOAN MORTGAGE
CORP. ("FREDDIE MAC),

Defendants.

Case No.: 2:15-cv-01309-RSL

**ORDER GRANTING STIPULATED MOTION TO MODIFY PRE-TRIAL SCHEDULING ORDER**

This matter came before the Court on the *Stipulated Motion to Modify Pre-Trial Scheduling Order.* It is hereby ordered:

1. The motion is granted.

2. The following deadlines in the pre-trial scheduling order are modified as follows:

| | |
|---|---|
| Settlement Conference held no later than | March 26, 2021 |
| Dispositive Motions | July 15, 2021 |
| Proposed Trial | August 2, 2021    A |

The parties have been negotiating in good faith and have nearly consummated a

---

ORDER GRANTING STIPULATED MOTION TO
MODIFY PRE-TRIAL SCHEDULING ORDER - 1

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S.
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

settlement agreement. This modified schedule adds extra time to the above actions and is necessitated by the parties' good faith attempts to resolve this matter before trial.

IT IS SO ORDERED

Dated this ___9th___ day of December, 2020.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

**PRESENTED BY:**

HENRY & DEGRAAFF, P.S.

*/s/ Christina L Henry*
Christina L Henry, WSBA #31273
787 Maynard Ave S.
Seattle, WA 98109
T: 206-330-0595/ F: 206-400-7609
*chenry@hdm-legal.com*

SUSSMAN SHANK, LLP

*/s/ William Fig*
William G. Fig, WSBA #33943
Sussman Shank, LLP
1000 SW Broadway, Ste 1400
Portland, OR 97205
T: 503-243-1656
wfig@sussmanshank.com

ORDER GRANTING STIPULATED MOTION TO
MODIFY PRE-TRIAL SCHEDULING ORDER - 2

**HENRY &DeGraaff, P.S.**
787 Maynard Ave S.
Seattle, Washington 98104
telephone (206) 330-0595
fax (206) 400-7609