UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>GREEN TREE SERVICING, LLC and<br>FEDERAL HOME LOAN MORTGAGE<br>CORP. ("FREDDIE MAC"),<br><br>        Defendants. | Case No. C15-1309-RSL<br><br>ORDER OF DISMISSAL |

    This matter comes before the Court on the parties' "Joint Stipulation of Dismissal with Prejudice" under Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. # 102. The parties propose to dismiss the above-captioned matter with prejudice. Having confirmed that the stipulation has been signed by all of the parties, the above-captioned matter is hereby DISMISSED with prejudice and without costs to any party.

    DATED this 26th day of February, 2021.

                                                            /s/ Robert S. Lasnik
                                                        Robert S. Lasnik
                                                        United States District Judge